UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HASAN MALIK DAVIS and RASHIDA B. BEY,<br>Plaintiffs,<br>v.<br>CHRISTOPHER HICK, et al.,<br>Defendants. | Case No. 2:25-cv-01544-MMD-MDC<br>ORDER |

In screening Plaintiffs' Complaint, the Court dismissed Plaintiff Bey's claims with prejudice and without leave to amend, and it dismissed Plaintiff Davis's right-to-access-the-courts and due-process-in-property-deprivation claims with leave to amend by July 3 (ECF No. 6 at 13–14 ("Order").) The Court also gave Davis until July 3 to file notice of his updated address. (*Id.* at 14.) The Order was returned as undeliverable as to Davis (ECF Nos. 8, 9), but he timely updated his address. (ECF No. 10.) Davis did not file an amended complaint by the deadline, but because he complied with part of the Order, the Court considers alternatives to dismissal and reopens and extends the deadline for him to file an amended complaint.

It is therefore ordered that the deadline for Plaintiff Hasan Davis to file an amended complaint is reopened and extended to August 19, 2026. Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply.

The Clerk of Court is directed to resend Plaintiff Davis the screening order (ECF No. 6) and the approved form civil-rights complaint by an inmate with instructions.

DATED THIS 24th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE